| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 04-CR-60(S-1)-01 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 07 CRIM 402 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MIAN SHAHID<br><br>In BOP custody | Eastern District of New York | Brooklyn, New York |
| | NAME OF SENTENCING JUDGE | |
| | John Gleeson, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/17/06 | TO 4/16/09 |

OFFENSE

Transferring a Social Security Card Produced Without Lawful Authority, in violation of 18 U.S.C. §§ 1028(a)(2), (b)(1)(A)(i), and (c)(1), a Class C Felony.

*[Stamp: JUDGE RAKOFF]*

*[Stamp: FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUN 2 2 2007 ★ BROOKLYN OFFICE]*

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ~~Eastern~~ SOUTHERN District of New York _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____4-24-07_____  s/John Gleeson
Date              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____JUN __ __ 2007_____                   _____[signature]_____
Effective Date                              United States District Judge
                                            ANDREW J. PECK
                                            ~~UNITED STATES~~ MAGISTRATE JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
## TO THE HONORABLE ROBERT C. HEINEMANN
### Clerk of the Court

**RE:** Mian Shahid

**DOCKET NO.:** 04-CR-60(S-1)-01 (JG)

**Transfer of Jurisdiction**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 2 2007 ★
BROOKLYN OFFICE

We write to you at this time to advise that the Honorable John Gleeson, U.S. District Judge for the Eastern District of New York, ordered on April 24, 2007 that the above-named offender's jurisdiction be transferred to the Southern District of New York.

Please find enclosed an original Probation Form 22, Transfer of Jurisdiction, in which Part 2- Order Accepting Jurisdiction, was signed by U.S. Magistrate Judge Andrew J. Peck for the Southern District of New York on June 1, 2007.

The U.S. Probation Department for the Southern District of New York advises that the case has been assigned to The Honorable Jed S. Rakoff. The new docket number is 07-CR-492.

Respectfully submitted:

Tony Garoppolo
Chief U.S. Probation Officer

Prepared by: _____
Luis A. Caso, CFE
Senior U.S. Probation Officer

Approved by: _____
Guillermo G. Figueroa
Supervising U.S. Probation Officer

June 18, 2007